**Order entered April 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00110-CV

## ANGELA NICHOLSON, Appellant

## V.

## WAL-MART STORES TEXAS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14576**

## ORDER

Before the Court is appellant's April 16, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on April 16, 2021 filed as of the date of this order.

Also before the Court is appellant's April 16, 2021 motion to supplement the clerk's record. We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within ten days** of the date of this order, a supplemental

clerk's record containing Exhibit A of Plaintiff's Response to Defendant Wal-Mart Stores Texas, LLC's Traditional and No Evidence Motion for Summary Judgment.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/ CRAIG SMITH
JUSTICE